## Exhibit A to the Complaint

**Location:** Flushing, NY  
**Total Works Infringed:** 54  
**IP Address:** 24.193.197.10  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: B0701B9B379329A163950A26BCC47E8E426E5946<br>File Hash:<br>67C49310744F9B97A09BCBE0E34F52C6F4748AA93BFD1313D6F448C4981F9109 | 03-23-2023 16:45:20 | Tushy | 03-19-2023 | 04-07-2023 | PA0002405758 |
| 2 | Info Hash: 25090B9BAD6CDE241568913E5E3F3B7930400E1C<br>File Hash:<br>FDA69297AED1260BD43524C2BC11D728EF43A20D6BC1941F592D5CB4ABC7362E | 03-14-2023 13:15:23 | Blacked | 03-11-2023 | 04-09-2023 | PA0002405763 |
| 3 | Info Hash: 5AAE27B2C267BC39A5A3691652905D91205E7034<br>File Hash:<br>54072A835473C6D71867FA13B6693A8E818B362633258F4F1E172BB2E3F19DC5 | 03-13-2023 12:09:51 | Blacked Raw | 03-10-2023 | 04-07-2023 | PA0002405760 |
| 4 | Info Hash: C2C4E792B69682073D7381B71A74556ECCE03943<br>File Hash:<br>60EAEBDA05F5829AFD7DE50EA53DC576A9C6DD6347511D6122265BE9FA1F4095 | 03-10-2023 12:18:52 | Tushy | 03-05-2023 | 04-07-2023 | PA0002405753 |
| 5 | Info Hash: 94DD7DB3DEEDDC90F3D36C93A357731E496A8CB6<br>File Hash:<br>DBA76D57E630FB7F013F193698AEDCC952D4054234BDF04CD691CC9D5EAC1A02 | 03-02-2023 12:14:19 | Blacked | 02-25-2023 | 03-07-2023 | PA0002400308 |
| 6 | Info Hash: 6CF0AF4E5B454E075FBCF5BAE7F2D20199526143<br>File Hash:<br>4365A7D1D846E2EF08FBCF7E44C1C8E130AB3843596375DE734CBE77E7FEC46F | 02-24-2023 12:08:58 | Blacked Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |
| 7 | Info Hash: F49BA4E6091C6D9E11FBB2B632006B30498AC2AB<br>File Hash:<br>18CB958941143916D255D55A664B7480EAD29D41A9A48F7DAC740F2F2BE86074 | 02-16-2023 14:01:41 | Blacked Raw | 02-13-2023 | 03-06-2023 | PA0002399991 |
| 8 | Info Hash: 00FEEAC5BBCEC2BDD60F53DE2F8D48FE998AB0D8<br>File Hash:<br>F02B8F6739A45B42F9007334F70C0C6399B08182423865E59F66ADD95DE1D2E2 | 02-02-2023 13:28:21 | Tushy | 01-29-2023 | 03-07-2023 | PA0002400310 |
| 9 | Info Hash: 81962C73668245D74F4D08BC5B7242357C0951A6<br>File Hash:<br>5D1D446F7FA0D8F334EB22D33BC100580197B327859F14448E0EEA41230C7FBF | 01-24-2023 13:10:21 | Blacked | 01-21-2023 | 01-27-2023 | PA0002393070 |
| 10 | Info Hash: C9424E695466A28C291581C789F844651ADF1521<br>File Hash:<br>D2C602B4A11E162C545084A1EC99CCAA85F902CBB303C537296B269B75EB350C | 01-10-2023 12:36:23 | Tushy | 01-08-2023 | 01-27-2023 | PA0002393072 |
| 11 | Info Hash: A5243AD3B731DDCB85B9B26787D704D8FBD95749<br>File Hash:<br>4701AFFF539EB6035A0426FF57A177DDEFDB88975920C4D9646001AB96A39CB4 | 01-09-2023 12:35:24 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 4D4114523F5027FE7302B9192EFB697E0EB2B908<br>File Hash: 2F17CC822E1F8FBE7F226ADB8DA67AB8CDCD6FAC286EFD2FBAC3C1BAC2DC1612 | 01-05-2023 12:37:09 | Slayed | 07-12-2022 | 08-10-2022 | PA0002370897 |
| 13 | Info Hash: 5B898718B15B70CA4FEB83925EBE4524B6E042B0<br>File Hash: B6FEC8244B4400064D5C81DEE5EA5078C9DAB6C34333E46D0F40B2985EDBA2F2 | 12-12-2022 12:58:40 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 14 | Info Hash: 07D7A0268FF305FC596921D0686F5571A4643EC1<br>File Hash: 0A208DB93149FD634D150179A8FF6CA7F5A82E8BD8983B93F98CD5956D8822D2 | 12-09-2022 15:03:51 | Slayed | 06-14-2022 | 07-21-2022 | PA0002367489 |
| 15 | Info Hash: 077B8CDBE54EA6F77389D5A814D9F84D82BD4E5C<br>File Hash: B724F4670670D7AE28D5B4F8A6C952916EE20BE51E0CBEEC809AC9C36CD78AB1 | 12-01-2022 12:29:52 | Slayed | 05-31-2022 | 06-09-2022 | PA0002361663 |
| 16 | Info Hash: 88CBD73B930777B8AE27120F2AE91AD6BE13EBE1<br>File Hash: 791CDDC23EE571D2F04300CFC175D663F0F503F6F8145459750D4AD0912D74C4 | 11-30-2022 13:29:46 | Tushy | 11-27-2022 | 12-11-2022 | PA0002384751 |
| 17 | Info Hash: D1246169E8CD7824C43B5B28EAF31201DC715B02<br>File Hash: DDDA5C1FFEB913FE1F1D53D7EB12936F2BEFDFDBFE0C54633ADECE5CEAF678D1 | 11-23-2022 12:44:12 | Tushy | 11-20-2022 | 12-11-2022 | PA0002384715 |
| 18 | Info Hash: 15B966586EBD5A87C6049D20B7C99E5AB9FA1930<br>File Hash: 1FA8772057F04ECCE5DBB42B0F6BB3BFCE23CB44FCAFE73FEE0E8DEB5695BFAE | 11-14-2022 12:37:28 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 19 | Info Hash: A226E8E6DE9FA142E62B538BC31C1E913297A4F2<br>File Hash: B028A68CC5FF94995EF12037B648A4F3DEFBB9D10A571805861DE84AC24C43B9 | 11-01-2022 12:11:19 | Vixen | 10-21-2022 | 11-01-2022 | PA0002378075 |
| 20 | Info Hash: 4D93F4FB8CFF6B319778B7AA15FBEE54A4964862<br>File Hash: 1887F620C4288B41827C85A7C226937D98682F28A9DEB01360EA10C0A43C77E7 | 11-01-2022 11:32:04 | Blacked Raw | 10-21-2022 | 10-31-2022 | PA0002377818 |
| 21 | Info Hash: 80C1B9EE50970F0A5C319142CD0124DA6A01FF59<br>File Hash: 1D267ED63218ADA6EE6BEBC6F7535ED0171BA5DB1A537DEEA8FC878B3A4958B2 | 10-30-2022 12:40:59 | Blacked Raw | 10-26-2022 | 11-01-2022 | PA0002378070 |
| 22 | Info Hash: 682D79A7F73EA01603A66FD5B30ADA2CE9B25386<br>File Hash: 490D016CB5923F966A135C3E7F174EA5A1E269E18C73F43233A5E37303BEF2CC | 10-30-2022 12:03:43 | Vixen | 10-28-2022 | 12-11-2022 | PA0002384773 |
| 23 | Info Hash: E50BD1CB3ACC48401B3791C2B069C93C3AF8D311<br>File Hash: BA77C9FD83CFB2B241E063CBC7AF668D4D583FC5C2854C0F22CB85F4245BEDA2 | 10-13-2022 12:14:07 | Blacked Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: A8B34BDF0B4F4F5C5CB30CF03619A74895624923<br>File Hash: 4A3EF5654987639E91322D5A4F6C805289BFCAFB0C4DB753445F22B271A049E5 | 10-10-2022 12:02:01 | Blacked Raw | 10-06-2022 | 11-01-2022 | PA0002378072 |
| 25 | Info Hash: FFFE9C9D589325A8374DF451BD1E5E192F24A65E<br>File Hash: F8BE65077EF499A14FE05A54CB212223879694760FDA640B99FBAE138D0D939D | 10-06-2022 16:49:48 | Tushy | 10-02-2022 | 11-27-2022 | PA0002388605 |
| 26 | Info Hash: CC16D8069A00533E154BE945252392C5B6D09FE6<br>File Hash: 3AC6ED60709233778F4852EA70622A51EB9F9EC6F75A0BE109859A92F7F984BE | 09-28-2022 11:32:28 | Blacked | 09-24-2022 | 10-05-2022 | PA0002373769 |
| 27 | Info Hash: 82D36C62B6F416DEFB93C99F98160847CE529C8C<br>File Hash: 2F1944FBA57E18873CDD755DA7B887CA84A2BFBB961111413BA72215EEF9FE18 | 09-23-2022 14:33:06 | Blacked Raw | 09-21-2022 | 10-05-2022 | PA0002373950 |
| 28 | Info Hash: 21F0C4F97EB8FA40862E8E3FC4368945CEB4DD13<br>File Hash: 8A2E5A596D79A4BB55E2127305F1BE84266C7DCE2F088C7F41241F2BD2893E20 | 09-22-2022 12:42:26 | Slayed | 04-12-2022 | 06-09-2022 | PA0002361951 |
| 29 | Info Hash: 66D527C365670EDF61C2A482409620BC7C1BBDE9<br>File Hash: 1263A1E30ADE26D6F59029BB5CEB791A927E5514B7A51C793B9D427C9CBEFD11 | 09-19-2022 12:33:10 | Blacked Raw | 09-16-2022 | 10-05-2022 | PA0002373764 |
| 30 | Info Hash: D70D2C95E1758D6D0838C13142400443F66F0E51<br>File Hash: 8D9CBF0567FDCBF4C4762C68C84376A08B27A8D2CB71B3F37D798FBCA86B7570 | 09-12-2022 11:43:18 | Blacked | 09-10-2022 | 10-05-2022 | PA0002373949 |
| 31 | Info Hash: 4A861F514AF89C6999139DFFC0321F5D4EF0E824<br>File Hash: 33E07E460A4950F02F7FC3688D45B6188C07F816781587EF0A051AF84ECC747B | 08-25-2022 11:22:04 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |
| 32 | Info Hash: 1B3B3BC2BB18B4C7ADEC515B6732016840D3D0CD<br>File Hash: CACF18E2DC378BAD06F585BB8F0610154FD622FC400AC394A433538169BB31F8 | 08-24-2022 12:21:06 | Tushy | 08-07-2022 | 08-29-2022 | PA0002367740 |
| 33 | Info Hash: 4A6AA024B98322968A5C2E498550EC26C8DE855B<br>File Hash: D704C5D94758377FB1EBCEF0257A6A6CCA01C6DCD311104B7AD940276EFCDEA3 | 08-23-2022 17:26:57 | Vixen | 08-05-2022 | 08-29-2022 | PA0002367737 |
| 34 | Info Hash: D4BFBEC367B732FD71C1F8FA881CA886D398AE82<br>File Hash: EAC0D5384703C3B5BFC4C3D9F8F9A4592CAA33A1160B36BBC6BF9FB0A7CDAFEB | 08-23-2022 14:57:31 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |
| 35 | Info Hash: F479C4A5C3E95842E42695B00EDBF56D60FAE38E<br>File Hash: 1A2F18F12977ABE29EE98565773960936C4EB9655BC825B1AF0116C07C1883A2 | 08-03-2022 14:24:33 | Blacked Raw | 08-01-2022 | 08-29-2022 | PA0002367736 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 9B4DCD916C8802AE45D628D849DA1841B38384A4<br>File Hash: EA03D8352F801AC2F71FAFDD3A1BEA72E6CD0AC50C93500C323134F1F14CB6CD | 08-03-2022 13:04:35 | Blacked | 07-30-2022 | 08-30-2022 | PA0002367742 |
| 37 | Info Hash: B51BF7BB2CC0BD6377FDB94143542D242AFE6EE5<br>File Hash: C4D78B29390BC49DA72EFB4A5FA5DA534D4989918376071381FF6A77FBCE02FB | 08-02-2022 14:41:20 | Tushy | 07-31-2022 | 08-30-2022 | PA0002367738 |
| 38 | Info Hash: E96BD42DF44AE49A4344549E6CCC5071C9AF4F22<br>File Hash: EB09307B53BFBD19B9321F7DFA1F3ACB1CF58C6B2BBDCCA046D13B8EF00FD72E | 07-26-2022 14:39:29 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |
| 39 | Info Hash: A40DF68983F9217C0A1255D2C78B47A5899FF5D8<br>File Hash: 9843E929426D39E6EB414B348793707115627A3953C56B6CA9BE1184366059B3 | 07-26-2022 14:18:35 | Tushy | 07-24-2022 | 08-29-2022 | PA0002367746 |
| 40 | Info Hash: ED40EBC57F35D1578D4B3BFD964B9D1E3B203208<br>File Hash: D95EFFF182DEF22691F55C21D92CAAB8B54D4FF30850A516A5680FEEDC2666B0 | 07-14-2022 15:18:09 | Vixen | 07-08-2022 | 08-10-2022 | PA0002370903 |
| 41 | Info Hash: 767362868AA38D2B175FB686757BFA8CFE15A9C9<br>File Hash: 283F89F967F409AFC3307F641C79451898E6A098EE5B783AC038A9BCB1D36C09 | 07-14-2022 14:10:36 | Blacked Raw | 07-11-2022 | 07-22-2022 | PA0002359473 |
| 42 | Info Hash: 8E99B1F19D69394AA6AD20CF38141C99C655334D<br>File Hash: 23EC76B8BD23BA28940D2A77EBC0C66CEC0DABF8822427C2993E3F1D9D16C037 | 07-14-2022 13:01:55 | Tushy | 07-10-2022 | 07-22-2022 | PA0002359469 |
| 43 | Info Hash: E0DCFAEC690E3346CA5EEA67A773FD1312B673EF<br>File Hash: E1C49A1B45573BA85036DB8188E6A0C13D3B4A3F1ABD5766A749EFA29AAB49C7 | 07-06-2022 12:52:52 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |
| 44 | Info Hash: 72DAF55819D6563D2481C326541366375187C5FC<br>File Hash: 48B2E2DC38332CEA3BDB4CF74F72F12B40B44FB2A885D5392D56F2242EAA1895 | 07-05-2022 14:21:41 | Blacked | 07-02-2022 | 07-22-2022 | PA0002359461 |
| 45 | Info Hash: EBA4661983A4F2B1A9ADE564FE0123921F6BA68C<br>File Hash: 42D8E9DBE0FCA43313268BBBA36EB61AFF69F2D430EA7C6A85499179D7FF1490 | 06-29-2022 12:06:48 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |
| 46 | Info Hash: B684D912DED0DB67DC0600B0A0C2B2320218C5DB<br>File Hash: E27F873E99C5DDABB1173F1DA79D05D33ED02DAF04BCDD97ED6996D9D33915D8 | 06-22-2022 21:12:27 | Tushy | 06-19-2022 | 08-10-2022 | PA0002370907 |
| 47 | Info Hash: 1661792285009773128 7FF6D78415BAB4518093D<br>File Hash: EFE8E506427B8ED56EB6E6F75C20485DF65EAB36AA7424130FBC3EA75472D230 | 06-15-2022 11:19:56 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 75DC1A69F6AAE2EF34EB348DA038E8E94A74D0FA<br>File Hash: 9DC3889987EC4C4D233DAAAA64AD51E91AC4F4E74A06FA0327E8D52EAAD18385 | 06-02-2022 14:37:07 | Blacked Raw | 05-30-2022 | 07-21-2022 | PA0002367910 |
| 49 | Info Hash: 68FD49B1062F259F6DA8F73DE741BC10A847EC21<br>File Hash: 6389ED9642344DEF5FA45DD4C2153CB81CA40C6835A3B5CB24274B1E6EF3A081 | 05-31-2022 15:18:56 | Tushy | 05-29-2022 | 07-21-2022 | PA0002368036 |
| 50 | Info Hash: 3FD96EBAB156AB06D2F9D8793A1D2C1C629E602B<br>File Hash: E5C8FAADE01BBBF1AC7CC76DD6E7E6CC5A17EF7628A0C5CDB1C4D6BB3CA3C7CA | 05-31-2022 14:09:37 | Vixen | 05-27-2022 | 06-27-2022 | PA0002355035 |
| 51 | Info Hash: E32B78655F3C5A9C101742052A33A58DEB246E94<br>File Hash: AD3059FE69C968466EE1C19F4F2D97D361B127F6E675959562C4B287BF76B66F | 05-25-2022 11:32:27 | Blacked Raw | 05-23-2022 | 06-27-2022 | PA0002355031 |
| 52 | Info Hash: 4F58943085E73C9139E8F938565E2561B0B6BDE7<br>File Hash: 0AFE4D1FAD285B1160308A887824910E1EE56599360B2B7935E8B86190E51E73 | 05-25-2022 11:31:22 | Vixen | 05-20-2022 | 06-27-2022 | PA0002354985 |
| 53 | Info Hash: F9D323E92C1B52C4B9C7B3BE636999A90C5C456C<br>File Hash: EC42FA5058FEB8ACF76554CA12F5AFD7D92B46D28BAEE7B91C18824B6A9BA05B | 05-23-2022 11:29:33 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 54 | Info Hash: 8323619ED0630D1A8DFDC2C02EEFA69D761A3222<br>File Hash: 47A5D7F972D7BB1DC599804523CA3E710E38C0E77E62FEECA8A23D491914866A | 05-16-2022 13:22:41 | Vixen | 05-13-2022 | 05-20-2022 | PA0002350373 |